Christopher A. Sproul (Bar No. 126398)
Jodene Isaacs (Bar No. 226895)
Brian Orion (Bar No. 239460)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com, jisaacs@enviroadvocates.com, borion@enviroadvocates.com

Daniel Cooper (Bar No. 153576)
Samantha Williams (Bar No. 251344)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: daniel@lawyersforcleanwater.com

Jason Flanders (Bar No. 238007)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jason@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER, INC., d/b/a SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOUTH SAN FRANCISCO, a California municipal corporation,<br><br>Defendant. | Case No. CV-10 0921 SBA<br><br>CONFIDENTIALITY STIPULATION |

CONFIDENTIALITY STIPULATION

Plaintiff San Francisco Baykeeper ("Plaintiff" or "Baykeeper") and defendant City of South San Francisco ("City") (collectively, "the Parties") hereby agree and stipulate to this Confidentiality Agreement in the above-entitled action.

WHEREAS the Parties wish to conduct open and frank settlement negotiations without the restraints that would arise should the Parties be concerned that their settlement negotiation communications could be used against them in other contexts;

THEREFORE, The Parties agree as follows:

(1) Neither Baykeeper nor the City shall cause to be published any statements made by the Parties in any meeting that the Parties mutually agree is a settlement meeting;

(2) Neither Baykeeper nor the City shall cause to be published any documents produced by one party to the other party that is identified as a Confidential Settlement Document;

(3) For purposes of this stipulation, "cause to be published" means providing in writing to a court, administrative agency, media outlet, including but not limited to a newspaper, magazine, radio station, television station, internet news blog, newsletter, trade newsletter or publication; or providing to any third party without the express agreement of that third party that they will not seek to have the statement or document published.;

(4) The term "Baykeeper" includes all Baykeeper's officers, employees, contractors successors and assigns, agents, and attorneys; and

(5) The term "City" includes all the City's officers, employees, contractors successors and assigns, agents, and attorneys.

Agreed and so stipulated:

Dated: September 24, 2010   *Christopher A. Sproul* (signature)

Christopher Sproul
Environmental Advocates
Attorney for Plaintiff San Francisco Baykeeper

Dated: **October** ~~September~~ 1, 2010

 _/s/ Gregory J. Newmark_
 Gregory Newmark
 Counsel for Defendant South San Francisco

IT IS SO ORDERED.

Dated: 11/17, 2010

 _/s/ Saundra B. Armstrong_
 Saundra Brown Armstrong
 United States District Judge